# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

IN RE:

AGAR, DOUGLAS R.

Debtor(s)

**CASE NO.**    06-20021 TLM

**CHAPTER 7 TRUSTEE'S INITIAL STATUS REPORT AND MINUTES OF 341(a) MEETING OF CREDITORS**

| | | | |
|---|---|---|---|
| Bankruptcy Trustee: | J FORD ELSAESSER | Date of 341(a) Hearing: | 04/13/06 |
| Location of Meeting: | Coeur d'Alene ID | Date Case Filed: | 02/22/06 |
| Debtor's Attorney: | HAROLD B SMITH | Hour: | 09:00am |

Alternate Attorney (if any): _____    (x) Present    ( ) Not Present    ( ) Pro-Se

Recording Track No. _____5_____

☑ Debtor sworn & examined
☑ Schedules & Statement complete
☑ Tax returns, transcripts or statement

☑ Credit Counsel certificate filed
☑ Bank accounts or statement
☑ Payment advice or statement

**Creditors Appearing:** ❏ Yes    ❏No: _____

**Debtor Identification Issues:**
❏ No Photo ID
❏ No proof of SSN

❏ ID does not match Petition
❏ Debtor to file amended Petition

**Action Items:**
❏ Dismiss for:
○ Non-appearance of Debtor
○ ID does not match petition
○ No tax returns
○ No bank accounts
○ Credit counseling certificate not filed
❏ Do not dismiss [state reason & proposed remedy]:

○ No photo ID
○ No proof of SSN
○ No payment advice
○ Incomplete schedules/statements
  ○ Credit counselor not certified

**Abuse/Discharge Issues:**
❏ Incorrect income/expenses
❏ Debtor's attorney did not appear
❏ Challenge to constitutionality or meaning of statute/rule

❏ Petition preparer not disclosed
❏ Undisclosed/undervalued assets

**Additional Information:** [❏Change of Address - ○His ○Hers ○Both; ❏Continued 341(a)]

_____
_____
_____

/s/_____
Ford Elsaesser, Chapter 7 Trustee