Form B18 (Official Form 18)(10/05)

# United States Bankruptcy Court
## District of Idaho [LIVE]

In re: Douglas R. Agar ) Case No. 06–20021–TLM
2030 W Ashley Ave )
Coeur D Alene, ID 83815–0400 ) Chapter: 7
 )
Social Security No.: xxx–xx–2037 )
Employer's Tax I.D. No(s) [if any].: )
 ) **DISCHARGE OF DEBTOR** *(S)*
Social Security No.: )
Employer's Tax I.D. No.: )
_____ )
 )
 )

It appearing that the debtor(s) is/are entitled to a discharge,

**IT IS ORDERED:**

The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

Dated:  6/2/06                                                                 Terry L Myers
                                                                               United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact debtor(s) by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, debtor(s) may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are: a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/05);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor(s);

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor(s) has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/05).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAC SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0976-2           User: aulrich                 Page 1 of 1              Date Rcvd: Jun 02, 2006
Case: 06-20021                 Form ID: b18                  Total Served: 24

The following entities were served by first class mail on Jun 04, 2006.
db           Douglas R. Agar,    2030 W Ashley Ave,    Coeur D Alene, ID 83815-0400
2867789      Bank Of America,    2970 Transit Rd,    West Seneca, NY 14224-2524
2867792      Carepoint ER Physicians,    PO Box 173862,    Denver, CO 80217-3862
2884539     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
2867794      Citi Cards,    PO Box 6412,    The Lakes, NV 88901-6412
2867796      Family Medicine CdA,    700 W Ironwood Dr Ste 101,    Coeur D Alene, ID 83814-2666
2882427     +Idaho Department of Commerce and Labor,    317 W. Main Street,    Boise, Idaho 83735-0001
2867797     +Idaho Dept. Of Labor,    317 Main Street,    Boise, ID 83735-0002
2867798     +Kootenai Medical Center,    2003 Lincoln Way,    Cd'A, ID 83814-2677
2867799      Medical Center Of Aurora,    PO Box 99008,    Bedford, TX 76095-9108
2867800      Radiology Imaging Assoc,    PO Box 272011,    Denver, CO 80227-9011
2867801      Raytheon Company,    PO Box 7000,    Greenville, TX 75403-7000
2867802      Regional EKG Interpretation Grp,    3464 S Willow St # 175,    Denver, CO 80231-4531
2874016      Suzanne Coulson,    6124 S. Phalon Lane,    Spokane, WA 99223
2867803    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  U.S. Bank/Bankruptcy Dept,    PO Box 5229,
              Cincinnati, OH  45201-5229)
2884262    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US Bank,    PO Box 5229,    Cincinnait, Ohio 45201-5229)
2867804      Unipath,    5935 Rivers Ave Ste 101,    North Charleston, SC 29406-6071
2867805      Ventus Capital Services,    9700 Bissonnet St Ste 2000,    Houston, TX 77036-8016

The following entities were served by electronic transmission on Jun 02, 2006 and receipt of the transmission
was confirmed on:
2867790       EDI: BANKAMER.COM Jun 02 2006 19:14:00      Bank Of America Bankruptcy Dept,
              POB 26012 NCA-105-03-44,    Greensboro, NC 27420-6012
2867791       EDI: CAPITALONE.COM Jun 02 2006 19:14:00      Capital One Bankruptcy Dept,    POB 85167,
              Richmond, VA 23285-5167
2867793       EDI: CHASE.COM Jun 02 2006 19:14:00      Chase,    POB 94017,    Palatine, IL 60094-4017
2867795       EDI: DISCOVER.COM Jun 02 2006 19:14:00      Discover Financial Services,    POB 3007,
              New Albany, OH 43054-3007
2885189      +EDI: DISCOVER.COM Jun 02 2006 19:14:00      Discover Financial Services/Discover Bank,
              PO BOX 8003,    HILLIARD OH 43026-8003
2867846      +E-mail: bankruptcynotices@tax.idaho.gov Jun 02 2006 22:32:13      Idaho State Tax Commission,
              POB 36,    Boise ID 83722-0036
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 04, 2006**                    Signature:    *Joseph Speetjens*