**Ford Elsaesser**
P. O. Box 2220
Sandpoint, ID 83864
(208)263-8871
(208)263-0759 [Facsimile]
pts1@ejame.com
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF IDAHO

| IN RE:<br>AGAR, DOUGLAS R.<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-20021 TLM<br><br>DOF: 02/22/06 |
|---|---|

## FINAL ACCOUNT & REQUEST FOR COMPENSATION AND EXPENSES

The Trustee certifies that the balance in the trust account held for this estate is $3,643.92 which account is held at JPMORGAN CHASE BANK, N.A.. as account number ********0965. This account includes all earned interest and is the sole source for all future distributions which will be made to claimants.

All property of the estate, except that claimed exempt by the debtor(s), without objection, or determined by the Court as exempt, has been inventoried, collected, liquidated, abandoned or will be abandoned with the closure of this case.

All claims have been examined and any objections to claims have been decided by the Court. Applications for approval of compensation and expenses of other professional persons employed by the Trustee have been filed with the United States Trustee and the Court. Any property previously abandoned or which will be abandoned pursuant to 11 USC 554(c) is listed on Schedule D.

1.  THE VALUE OF:

    | | |
    |---|---|
    | Administered property totals: | $ 3,616.00 |
    | Exempt property totals: | $ 8,470.00 |
    | Abandoned property totals: | $ 8,505.00 |

2.  The trustee adopts the schedules of the petition filed as the inventory for the estate.
    (X)Yes    ( ) No   (if no. inventory attached)

3.  This Final Accounting reflects the status of this estate as of 05/29/07.

| | | | |
|---|---|---|---|
| 4. | Receipts: (See Schedule "A") | $ | 3,643.92 |
| | Disbursements (See Schedule "B") | $ | 0.00 |
| | **BALANCE OF FUNDS ON HAND** | $ | **3,643.92** |

5. For analysis of claims filed see Schedule "C".

6. For itemization of the proposed distribution see Schedule "D".

7. The amount of unpaid administrative expenses including Trustee and other professional fees and expenses are $<u>918.70</u>.

8. The net estate upon which the Trustee's compensation has been computed is $<u>3,643.92</u>. This does not include any exemptions paid to the debtor(s) and/or any refunds to be made to the debtor(s).

## COMPUTATION OF COMPENSATION

Total receipts. other than paid or payable to the debtor are: $<u>3,643.92</u>.

Pursuant to 11 U.S.C. Section 326, Trustee compensation is computed as follows:

| | | |
|---|---|---|
| a. | On the first five thousand dollars of eligible receipts (not to exceed 25% or $1,250.00, whichever is less) | $ <u>910.98</u> |
| b. | On the next fifty thousand dollars of eligible receipts (not to exceed 10% or $5,000.00. whichever is less) | $ <u>0.00</u> |
| c. | Any amount in excess of fifty thousand but less than one million in eligible receipts (not to exceed 5%) | $ <u>0.00</u> |
| d. | Any amount in excess of one million (not to exceed 3%) | $ <u>0.00</u> |
| e. | **TOTAL COMPENSATION REQUESTED** (If over $5,000.00, attach detailed justification) | $ <u>910.98</u> |

## TRUSTEE'S EXPENSES

| | |
|---|---|
| Prorata premium on Trustee bond | $ 0.00 |
| Travel (0 miles @0.0 cents/mile) | $ 0.00 |
| Copies(22 @15.0 cents/copy) | $ 3.30 |
| Telephone (long distance calls only) | $ 0.00 |
| Postage | $ 4.42 |
| Supplies/Stationery | $ 0.00 |
| Storage/Safeguarding estate property | $ 0.00 |
| Professional | $ 0.00 |
| Other: | $ 0.00 |
| **TOTAL EXPENSES REQUESTED TO BE ALLOWED** | $ 7.72 |

The undersigned Trustee certifies under penalty of perjury that this Final Account and attached schedules are true and correct to the best of the Trustee's knowledge. The Trustee further requests that the United States Trustee approve this Final Accounting and that the Court give notice to creditors of this request pursuant to Bankruptcy Rule 2002. Finally the Trustee requests that the compensation and expenses requested in this Final Accounting be allowed by the Court.

The Trustee states that no payments have been made or promised to him for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

The undersigned trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claims as appropriate under the proposed distribution, and that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

Therefore, the trustee requests that the final accounting be accepted.

Dated: May 30, 2007                          /s/_____
                                             J FORD ELSAESSER, Trustee
                                             CHAPTER 7 TRUSTEE
                                             P.O. BOX 2220
                                             SANDPOINT, ID 83864
                                             Telephone Number (208) 263-8871

## SCHEDULE A
## RECEIPTS

The following is a statement of the cash items received by J FORD ELSAESSER, in detail, giving dates of receipts, on account of what received, and the total of such receipts.

| DATE OF RECEIPT | DESCRIPTION AND REASON FOR RECEIPT | AMOUNT |
|---|---|---|
| | SEE ATTACHED EXHIBIT | |
| | TOTAL $ | 3,643.92 |

## SCHEDULE B
## DISBURSEMENTS

| DATE OF DISBURSEMENT | TO WHOM PAID | REASON FOR DISBURSEMENT | AMOUNT OF DISBURSEMENT |
|---|---|---|---|
| | | SEE ATTACHED EXHIBIT | |
| | | TOTAL $ | 0.00 |

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 06-20021 TLM | Trustee: | (320030) J FORD ELSAESSER |
|---|---|---|---|
| Case Name: | AGAR, DOUGLAS R. | Filed (f) or Converted (c): | 02/22/06 (f) |
| | | §341(a) Meeting Date: | 03/23/06 |
| Period Ending: | 05/30/07 | Claims Bar Date: | 07/19/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on hand/deposit | 35.00 | 35.00 | DA | 0.00 | FA |
| 2 | Household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Clothing | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Firearms & sporting equip. | 370.00 | 0.00 | DA | 0.00 | FA |
| 5 | 401 funds | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2005 fed'l refund - no EIC or PP Funds (u) | 3,085.00 | 3,085.00 | | 3,085.00 | FA |
| 7 | 2005 ID refund (u) | 230.00 | 230.00 | | 230.00 | FA |
| 8 | 2005 CO refund (u) | 301.00 | 301.00 | | 301.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 27.92 | Unknown |
| 9 | Assets    Totals (Excluding unknown values) | $12,121.00 | $3,651.00 | | $3,643.92 | $0.00 |

**Major Activities Affecting Case Closing:**

02/23/06 REVIEWED SCHEDULES - NO CONFLCITS.
3/28/06 Initial DSO letters sent
Send Discharge DSO 5/30/06.

BAR DATE 7-19-06
3/31/07 - Interim Reporting Period.
Remaining Issues: review claims.
Steps to be taken: review claims, resolve any claims issues, file TFR.

Printed: 05/30/2007 04:09 PM    V.9.02

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 06-20021 TLM | Trustee: | (320030) J FORD ELSAESSER |
| Case Name: | AGAR, DOUGLAS R. | Filed (f) or Converted (c): | 02/22/06 (f) |
| | | §341(a) Meeting Date: | 03/23/06 |
| Period Ending: | 05/30/07 | Claims Bar Date: | 07/19/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): November 30, 2006        Current Projected Date Of Final Report (TFR): May 30, 2007 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-20021 TLM | Trustee: | J FORD ELSAESSER (320030) |
|---|---|---|---|
| Case Name: | AGAR, DOUGLAS R. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****09-65 - Money Market Account |
| Taxpayer ID #: | 13-7517176 | Blanket Bond: | $1,000,000.00  (per case limit) |
| Period Ending: | 05/30/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/06 | {7} | D. AGAR | 05 STATE REF | 1224-000 | 230.00 | | 230.00 |
| 04/20/06 | {8} | D. AGAR | 05 CO STATE REF | 1224-000 | 301.00 | | 531.00 |
| 04/20/06 | {6} | D. AGAR | 05 FED REF | 1224-000 | 3,085.00 | | 3,616.00 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.47 | | 3,616.47 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.46 | | 3,618.93 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.38 | | 3,621.31 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.46 | | 3,623.77 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.46 | | 3,626.23 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.30 | | 3,628.53 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.54 | | 3,631.07 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.38 | | 3,633.45 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.30 | | 3,635.75 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.42 | | 3,638.17 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.81 | | 3,639.98 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.94 | | 3,641.92 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.00 | | 3,643.92 |
| | | | **ACCOUNT TOTALS** | | 3,643.92 | 0.00 | $3,643.92 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,643.92 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,643.92** | **$0.00** | |

{} Asset reference(s)  
Printed: 05/30/2007 04:09 PM     V.9.02

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 06-20021 TLM | **Trustee:** J FORD ELSAESSER (320030) |
| **Case Name:** AGAR, DOUGLAS R. | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| | **Account:** ***-*****09-65 - Money Market Account |
| **Taxpayer ID #:** 13-7517176 | **Blanket Bond:** $1,000,000.00 (per case limit) |
| **Period Ending:** 05/30/07 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|
| | MMA # ***-*****09-65 | 3,643.92 | 0.00 | 3,643.92 |
| | | $3,643.92 | $0.00 | $3,643.92 |

{} Asset reference(s)

Printed: 05/30/2007 04:09 PM    V.9.02

# Claims Register

Case: 06-20021    AGAR, DOUGLAS R.

Claims Bar Date: 07/19/06

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | J FORD ELSAESSER<br>P.O. BOX 2220<br>SANDPOINT, ID 83864<br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>02/22/06 | | $910.98<br>$910.98 | $0.00 | $910.98 |
| | J FORD ELSAESSER<br>P.O. BOX 2220<br>SANDPOINT, ID 83864<br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>02/22/06 | | $7.72<br>$7.72 | $0.00 | $7.72 |
| 1 | Idaho Department of Commerce and Labor<br>317 W. Main Street<br>Boise, Id 83735<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>04/27/06 | 2037<br>Unsecured; History: 1-1 04/27/2006Claim #1 filed by Idaho Department of Commerce and Labor , total amount claimed: $406.25 (Wilde, Anne) Address line 1 and 2 are more than 80 characters and cannot be wrapped: 317 W. Main Street  5/30/07 - Cathy from IDCL called to say this was paid in full and claim will be withdrawn within the week.<br><br>Boise, Idaho 83735 | $406.25<br>$0.00 | $0.00 | $0.00 |
| 2 | US Bank<br>PO Box 5229<br>Cincinnait, Oh 45201<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/04/06 | ····3772<br>Unsecured; History: 2-1 05/04/2006Claim #2 filed by US Bank , total amount claimed: $6040.59 (US Bank (2)) Address line 1 and 2 are more than 80 characters and cannot be wrapped: PO Box 5229<br><br>Cincinnait, Ohio 45201 | $6,040.59<br>$6,040.59 | $0.00 | $6,040.59 |
| 3 | US Bank<br>PO Box 5229<br>Cincinnait, Oh 45201<br><7100-00 General Unsecured § 726(a)(2)>, 610 | Unsecured<br>05/04/06 | ····3772<br>Unsecured; History: 3-1 05/04/2006Claim #3 filed by US Bank , total amount claimed: $1113.91 (US Bank (2)) Address line 1 and 2 are more than 80 characters and cannot be wrapped: PO Box 5229<br><br>Cincinnait, Ohio 45201 | $1,113.91<br>$1,113.91 | $0.00 | $1,113.91 |
| 4 | US Bank<br>PO Box 5229<br>Cincinnait, Oh 45201 | Unsecured<br>05/04/06 | ····7367<br>Unsecured; History: 4-1 05/04/2006Claim #4 filed by US Bank , total amount claimed: $1623.03 (US Bank (2)) Address line 1 and 2 are more than 80 characters and cannot be wrapped: PO Box 5229<br><br>Cincinnait, Ohio 45201 | $1,623.03<br>$1,623.03 | $0.00 | $1,623.03 |

# Claims Register

**Case: 06-20021        AGAR, DOUGLAS R.**

Claims Bar Date: 07/19/06

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | Chase Bank USA, N.A. c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA 98121 | Unsecured 05/05/06 | ****4011 | $9,214.28 $9,214.28 | $0.00 | $9,214.28 |
| | | | Unsecured; History: 5-1 05/05/2006Claim #5 filed by Chase Bank USA, N.A. , total amount claimed: $9214.28 (Weinstein & Riley, P.S.) Address line 1 and 2 are more than 80 characters and cannot be wrapped: c/o Weinstein & Riley, P.S. 2101 4th Avenue, Suite 900 Seattle, WA, 98121 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>, 610 | | | | | |
| 6 | Kootenai Medical Center 2003 Lincoln Way Cd'A, ID 83814 | Unsecured 05/05/06 | **0758/**4010 | $690.75 $690.75 | $0.00 | $690.75 |
| | | | Unsecured; History: 6-1 05/05/2006Claim #6 filed by Kootenai Medical Center , total amount claimed: $690.75 (aw) | | | |
| | <7100-00   General Unsecured § 726(a)(2)>, 610 | | | | | |
| 7 | Discover Financial Services/Discover Bank PO BOX 8003 HILLIARD, OH 43026 | Unsecured 05/09/06 | ****6926 | $5,325.63 $5,325.63 | $0.00 | $5,325.63 |
| | | | Unsecured; History: 7-1 05/09/2006Claim #7 filed by Discover Financial Services/Discover Bank , total amount claimed: $5325.63 (Discover Fin Svcs, MWilson) | | | |
| | <7100-00   General Unsecured § 726(a)(2)>, 610 | | | | | |
| 8 | Carepoint ER Physicians PO Box 173862 Denver, CO 80217-3862 | Unsecured 05/10/06 | ****9172 | $435.00 $435.00 | $0.00 | $435.00 |
| | | | Unsecured; History: 8-1 05/10/2006Claim #8 filed by Carepoint ER Physicians , total amount claimed: $435 (aw) Address line 1 and 2 are more than 80 characters and cannot be wrapped: PO Box 173862 Denver, CO 80217-3862 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>, 610 | | | | | |
| 9 | Citibank/CHOICE Exception Payment Processing P.O. Box 6305 The Lakes, NV 88901-6305 | Unsecured 07/19/06 | ****5882 | $14,115.10 $14,115.10 | $0.00 | $14,115.10 |
| | | | Unsecured; History: 9-1 07/19/2006Claim #9 filed by Citibank/CHOICE , total amount claimed: $14115.1 (Citigroup, Brewer) Address line 1 and 2 are more than 80 characters and cannot be wrapped: Exception Payment Processing P.O. Box 6305 The Lakes, NV 88901-6305 | | | |
| | <7100-00   General Unsecured § 726(a)(2)>, 610 | | | | | |
| | | | | Case Total: | $0.00 | $39,476.99 |

## SCHEDULE "D"
## PROPOSED DISTRIBUTION AND ABANDONMENT OF ASSETS

1. **ADMINISTRATIVE EXPENSES**

   | | | |
   |---|---|---|
   | a. | Trustee Compensation: | $ 910.98 |
   | b. | Trustee Expenses: | $ 7.72 |
   | c. | Trustee's Attorney: | $ 0.00 |
   | d. | Debtor's Attorney: | $ 0.00 |
   | e. | Trustee's Accountant: | $ 0.00 |
   | f. | Trustee's Appraiser: | $ 0.00 |
   | g. | Trustee's Auctioneer: | $ 0.00 |
   | h. | Court Fees: | $ 0.00 |
   | i. | Advertising: | $ 0.00 |
   | j. | Trustee expenses incurred to date: | $ 0.00 |
   | k. | Post-petition funds returned to debtor prior to Final: | $ 0.00 |
   | l. | Post-Petition or excess funds to be returned to debtor: | $ 0.00 |
   | m. | Other (list by claim): | $ 0.00 |
   | | TOTAL: | $ 918.70 |

2. **SECURED CLAIMS**

   | CLAIM NUMBER | NAME OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
   |---|---|---|---|
   | TOTAL> | | $ 0.00 | $ 0.00 |

3. **PRIORITY CLAIMS**

   | CLAIM NUMBER | NAME OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
   |---|---|---|---|
   | TOTAL> | | $ 0.00 | $ 0.00 |

4. **UNSECURED CLAIMS**
   Prorata percentage used if less than 100%:  7.07%

| CLAIM NUMBER | NAME OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| 2 | US Bank<br>PO Box 5229<br>Cincinnait, Oh  45201- | 6,040.59 | 426.94 |
| 3 | US Bank<br>PO Box 5229<br>Cincinnait, Oh  45201- | 1,113.91 | 78.73 |
| 4 | US Bank<br>PO Box 5229<br>Cincinnait, Oh  45201- | 1,623.03 | 114.71 |
| 5 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA  98121- | 9,214.28 | 651.25 |
| 6 | Kootenai Medical Center<br>2003 Lincoln Way<br>Cd'A, ID  83814- | 690.75 | 48.82 |
| 7 | Discover Financial Services/Discover Bank<br>PO BOX 8003<br>HILLIARD, OH  43026- | 5,325.63 | 376.40 |
| 8 | Carepoint ER Physicians<br>PO Box 173862<br>Denver, CO  80217-3862 | 435.00 | 30.74 |
| 9 | Citibank/CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV  88901-6305 | 14,115.10 | 997.63 |
|  | TOTAL> | $  38,558.29 | $  2,725.22 |

5. THE FOLLOWING PROPERTY OF THE ESTATE WILL BE ABANDONED BY THE TRUSTEE PURSUANT TO 11 USC 554 AT THE TIME THIS FINAL ACCOUNTING IS APPROVED AND THE CASE CLOSED.

   Cash on hand/deposit;  Household goods;  Clothing;  Firearms & sporting equip.;  401 funds;

# Claims Proposed Distribution

## Case: 06-20021   AGAR, DOUGLAS R.

| Case Balance: | $3,643.92 | Total Proposed Payment: | $3,643.92 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | J FORD ELSAESSER <2200-00 Trustee Expenses> | Admin Ch. 7 | 7.72 | 7.72 | 0.00 | 7.72 | 7.72 | 3,636.20 |
| | J FORD ELSAESSER <2100-00 Trustee Compensation> | Admin Ch. 7 | 910.98 | 910.98 | 0.00 | 910.98 | 910.98 | 2,725.22 |
| 1 | Idaho Department of Commerce and Labor | Unsecured | 406.25 | 0.00 | 0.00 | 0.00 | 0.00 | 2,725.22 |
| 2 | US Bank | Unsecured | 6,040.59 | 6,040.59 | 0.00 | 6,040.59 | 426.94 | 2,298.28 |
| 3 | US Bank | Unsecured | 1,113.91 | 1,113.91 | 0.00 | 1,113.91 | 78.73 | 2,219.55 |
| 4 | US Bank | Unsecured | 1,623.03 | 1,623.03 | 0.00 | 1,623.03 | 114.71 | 2,104.84 |
| 5 | Chase Bank USA, N.A. | Unsecured | 9,214.28 | 9,214.28 | 0.00 | 9,214.28 | 651.25 | 1,453.59 |
| 6 | Kootenai Medical Center | Unsecured | 690.75 | 690.75 | 0.00 | 690.75 | 48.82 | 1,404.77 |
| 7 | Discover Financial Services/Discover Bank | Unsecured | 5,325.63 | 5,325.63 | 0.00 | 5,325.63 | 376.40 | 1,028.37 |
| 8 | Carepoint ER Physicians | Unsecured | 435.00 | 435.00 | 0.00 | 435.00 | 30.74 | 997.63 |
| 9 | Citibank/CHOICE | Unsecured | 14,115.10 | 14,115.10 | 0.00 | 14,115.10 | 997.63 | 0.00 |
| | Total for Case 06-20021 : | | $39,883.24 | $39,476.99 | $0.00 | $39,476.99 | $3,643.92 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $918.70 | $918.70 | $0.00 | $918.70 | 100.000000% |
| Total Unsecured Claims : | $38,964.54 | $38,558.29 | $0.00 | $2,725.22 | 7.067793% |



JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

March 31, 2007 through April 30, 2007
Account Number: **000312074590965**

### CUSTOMER SERVICE INFORMATION

Service Center: 1-800-634-5273

00018961 DBI 802 24 12107 - NNN  1 000000000 69 0000
06-20021 AGAR DOUGLAS R
DEBTOR
320030 FORD ELSAESSER TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



### SAVINGS SUMMARY — Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $3,641.92 |
| Deposits and Additions | 1 | 2.00 |
| Ending Balance | 1 | $3,643.92 |
| Interest Paid This Period |  | $2.00 |
| Interest Paid Year-to-Date |  | $8.17 |

This account earns interest daily and the current interest rate is 0.65%.

The total interest paid this year is $8.17.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | Interest Payment | $2.00 |
| **Total Deposits and Additions** |  | **$2.00** |

14-303

Page 1 of 1