# UNITED STATES BANKRUPTCY COURT
## FOR THE  DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br>AGAR, DOUGLAS R.<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 06-20021 TLM<br><br>HONORABLE The Honorable Terry L. Myers |

## ORDER ALLOWING TRUSTEE'S FINAL ACCOUNTING
## AND DIRECTING DISTRIBUTION

The Final account and Report of the Trustee having been filed, and creditors of said debtor having had at least twenty (20) days notice by mail of filing of the same, and said account and report having been examined and no objections having been made thereto by any party in interest,

IT IS ORDERED that the Final Account and Report of the Trustee herein be, and the same hereby is,  APPROVED.

IT IS FURTHER ORDERED that the Trustee disburse from the balance remaining in the estate the following items:

1.    Administrative expenses allowable under 11 USC §503(b)(1), (3), (4), (5) and (6).

2.    Compensation and reimbursement to the trustee, examiner, or professional persons employed under 11 USC §327 allowed as follows:

| | FEES | EXPENSES |
|---|---|---|
| J FORD ELSAESSER | | $          7.72 |
| J FORD ELSAESSER | $      910.98 | |

3.      The balance remaining after payment of items 1 and 2 above shall be paid to creditors who hold allowed claims as provided in 11 USC §726.

Trustee is Ordered to file a supplemental report showing compliance with this Order, together with vouchers supporting the same.

// end of text //

DATED:  September 11, 2007

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Order Submitted by:  Ford Elsaesser, Chapter 7 Trustee