**Ford Elsaesser**
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-0759 [Facsimile]
pts1@ejame.com
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | Case No. 06-20021 TLM |
|---|---|---|
| AGAR, DOUGLAS R. | ) | |
| | ) | Chapter 7 |
| | ) | |
| | ) | **TRUSTEE'S SUPPLEMENTAL** |
| Debtor(s) | ) | **FINAL ACCOUNTING** |

    The undersigned trustee of the above named Debtor(s), certifies to the Court and the United States Trustee, that this estate has been fully administered. A Trustee's Final Accounting has been filed and proper disbursements completed. No funds or assets of the estate remain.

    Therefore, pursuant to FRBP 5009, the trustee requests that this final account be accepted, and that the Court order the case closed and discharge the trustee of any further duties.

Dated: February 27, 2008

/s/
J FORD ELSAESSER, Trustee

## SCHEDULE A

**I.   EXEMPTIONS ALLOWED (Not Cash)**                                              AMOUNT

                                                              TOTAL:  $      8,470.00

**II.  VALUE OF ABANDONED PROPERTY OR PROPERTY SET APART OR EXEMPT ON**

     **WHICH A SECURITY INTEREST WAS ATTACHED:**                     AMOUNT

                                                              TOTAL:  $      8,505.00

**III  ADMINISTRATIVE EXPENSES PAID**
Prorata percentage used:  100.00%

| TO WHOM PAID | CHECK NO. | AMOUNT OF CLAIM | AMOUNT PAID |
|---|---|---|---|
| J FORD ELSAESSER  Trustee Compensation | 109 | 910.98 | 910.98 |
| J FORD ELSAESSER  Trustee Expenses | 109 | 7.72 | 7.72 |
| | TOTAL: | $ 918.70 | $ 918.70 |

**IV.  PRIORITY CLAIMS PAID**
Prorata percentage used:  0.00%

| TO WHOM PAID | CHECK NO. | AMOUNT OF CLAIM | AMOUNT PAID |
|---|---|---|---|
| | TOTAL: | $ 0.00 | $ 0.00 |

**V.   UNSECURED CLAIMS PAID**
Prorata percentage used:  7.10%

| | TO WHOM PAID | CHECK NO. | AMOUNT OF CLAIM | AMOUNT PAID |
|---|---|---|---|---|
| 2 | US Bank | 101 | 6,040.59 | 428.94 |
| 3 | US Bank | 102 | 1,113.91 | 79.10 |
| 4 | US Bank | 103 | 1,623.03 | 115.25 |
| 5 | Chase Bank USA, N.A. | 104 | 9,214.28 | 654.29 |
| 6 | Kootenai Medical Center | 105 | 690.75 | 49.05 |
| 7 | Discover Financial | 106 | 5,325.63 | 378.17 |
| 8 | Carepoint ER Physicians | 107 | 435.00 | 30.89 |
| 9 | Citibank/CHOICE | 108 | 14,115.10 | 1,002.30 |
| | | TOTAL: | $ 38,558.29 | $ 2,737.99 |

**VI.  SECURED CLAIMS PAID**

Prorata percentage used:  0.00%

| TO WHOM PAID | CHECK NO. | AMOUNT OF CLAIM | AMOUNT PAID |
|---|---|---|---|
| TOTAL: | | $ 0.00 | $ 0.00 |

**TOTAL AMOUNT DISBURSED:**                    $     3,656.69

$12.77 accrued interest since TFR filing and disbursement of funds.