# UNITED STATES BANKRUPTCY COURT
## District of Idaho [LIVE]

| | |
|---|---|
| In Re: ) | |
| ) | |
| Douglas R. Agar ) | Case No.: 06−20021−TLM |
| ) | Chapter: 7 |
| Social Security No.: xxx−xx−2037 ) | |
| Employer's Tax I.D. No(s): ) | ***ORDER APPROVING*** |
| ) | ***TRUSTEE'S SUPPLEMENTAL*** |
| Social Security No.: ) | ***FINAL REPORT,*** |
| Employer's Tax I.D. No.: ) | ***DISCHARGING TRUSTEE AND*** |
| ) | ***CLOSING THE ESTATE*** |
| Debtor(s) ) | |
| _____ ) | |

The Supplemental Final Report having been considered and found to be in proper order;

IT IS ORDERED that the accounts of said Trustee are APPROVED, the Trustee is DISCHARGED from and relieved of the trust; the surety or sureties thereon are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect and the estate is CLOSED.


Dated: 3/28/08                                         <u>Terry L Myers</u>
                                                        United States Bankruptcy Judge